| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 4:03-CR-364-02 |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |
| | | 05-PT-333-TFH |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Ishmael Ford-Bey | Middle/Pennsylvania | Williamsport |
| | NAME OF SENTENCING JUDGE | |
| | Malcolm Muir | |

| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|---|
| | | 09/24/04 | 09/23/06 |

| OFFENSE |
|---|
| Destruction/Removal of Property to Prevent Seizure in violation of 18 USC § 2232(a). |

**FILED**

DEC 19 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____Middle_____ DISTRICT _____Pennsylvania_____

      IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____District of Columbia_____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_____9/29/05_____
*Date*

_____[signature]_____
*United Sates District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT _____ DISTRICT _____District of Columbia_____

      IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____November 15, 2005_____
*Effective Date*

_____[signature]_____
*United States District Judge*

**Office of the Clerk**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**
**240 West Third Street, Suite 218**
**Williamsport, PA  17701**
**(570) 323-6380**

December 16, 2005

Clerk
District of Columbia
333 Constitution Avenue NW
Washington, DC   20001

RE: Transfer of Jurisdiction/Prob. Form 22
    USA vs.  Ishmael Ford-Bey
    MDPA No.  4:CR-03-364-02
    Your No.     (Not listed)

Dear Clerk:

Enclosed please find  the transfer of jurisdiction form along with a certified copy of the docket
sheet, indictment, superseding indictment and  judgment and commitment for the above-
referenced case.

If you have any questions, please do not hesitate to contact me.

Sincerely,

Lisa A. Gonsalves
Deputy Clerk

lg/enclosures
copy: US Probation, Williamsport

my Copy

TAM:WPS:pjh

05-PT-333-TFH

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    :   CRIMINAL NO. 4:CR-03-364
                             :
          v.              :   (VIO: 18 U.S.C. § § 113(a)(1)
JESSE L. SPARKS         :      and 2232(a)
    and                 :
ISHMAEL FORD-BEY       :   Judge Muir

## SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
### Assault with Intent to Commit Murder
### (18 U.S.C. §  113(a)(1))

On or about October 15, 2002, in the Middle District of Pennsylvania, and within the jurisdiction of this Court, the defendant inmate

### JESSE L. SPARKS

at a place within the special maritime and territorial jurisdiction of the United States, namely, the Federal Correctional Institution (F.C.I. - Medium), Allenwood, Pennsylvania, on land acquired for the use of the United States and under its exclusive jurisdiction, did assault inmate Rico Woodland in cell #109, Unit 3-A, with the intent to commit murder, by repeatedly kicking him in the head with a steel-toed boot.

1

12/16/05

All in violation of Title 18, United States Code, Sections 113(a)(1) and 7(3).

THE GRAND JURY FURTHER CHARGES:

## COUNT TWO
### Assault with a Dangerous Weapon
### (18 U.S.C. § 113(a)(3))

On or about October 15, 2002, in the Middle District of Pennsylvania, and within the jurisdiction of this Court, the defendants, inmates

### JESSE L. SPARKS AND
### ISHMAEL FORD-BEY

aiding and abetting each other at a place within the special maritime and territorial jurisdiction of the United States, namely, the Federal Correctional Institution (F.C.I. - Medium), Allenwood, Pennsylvania, on land acquired for the use of the United States and under its exclusive jurisdiction, did assault and casue to be assaulted inmate Rico Woodland in cell #109, Unit 3-A, with a dangerous weapon, to wit: a steel-toed boot, with intent to do bodily harm, and without justification or excuse.

All in violation of Title 18, United States Code, Sections 113(a)(3), 7(3) and 2.

2

THE GRAND JURY FURTHER CHARGES:

### COUNT THREE
### Assault Resulting in Serious Bodily Injury
### (18 U.S.C. § 113(a)(6))

On or about October 15, 2002, in the Middle District of Pennsylvania, and within the jurisdiction of this Court, the defendants, inmates

### JESSE L. SPARKS AND
### ISHMAEL FORD-BEY

aiding and abetting each other, at a place within the special maritime and territorial jurisdiction of the United States, namely, The Federal Correctional Institution (F.C.I. – Medium), Allenwood, Pennsylvania, on land acquired for the use of the United States and under its exclusive jurisdiction, did commit and cause to be committed an assault on inmate Rico Woodland in cell #109, Unit 3-A, resulting in serious bodily injury, to wit: complex traumatic brain injury.

All in violation of Title 18, United States Code, Sections 113(a)(6), 7(3), and 2.

THE GRAND JURY FURTHER CHARGES:

### COUNT FOUR
### Destruction/Removal of Property to Prevent Seizure
### 18 U.S.C. § 2232(a)

On or about October 15, 2002, in the Middle District of

3

Pennsylvania, and within the jurisdiction of this Court, the defendant

### JESSE L. SPARKS

before and during a search of various areas within the Federal Correctional Institution (F.C.I. - Medium), Allenwood, Pennsylvania, including inmate cells, and before the seizure of property, to wit:  evidence of crimes committed by the said Jesse L. Sparks, by persons authorized to make searches and seizures, to wit:  employees of the Federal Bureau of Prisons, and in order to prevent the seizure of items of evidentiary value by the said employees of the Federal Bureau of Prisons, did knowingly attempt to dispose of by hiding a shirt with blood on it.

All in violation of Title 18, United States Code, Section 2232(a).


THE GRAND JURY FURTHER CHARGES:

### COUNT FIVE
**Destruction/Removal of Property to Prevent Seizure**
**18 U.S.C. § 2232(a)**

On or about October 15, 2002, in the Middle District of Pennsylvania, and within the jurisdiction of this Court, the defendant

### ISHMAEL FORD-BEY

before and during a search of various areas within the Federal Correctional Institution (F.C.I. - Medium), Allenwood,

4

Pennsylvania, including inmate cells, and before the seizure of property, to wit: evidence of crimes committed by Jesse L. Sparks and the said Ishael Ford-Bey, by persons authorized to make searches and seizures, to wit: employees of the Federal Bureau of Prisons, and in order to prevent the seizure of items of evidentiary value by the said employees of the Federal Bureau of Prisons, did knowingly dispose of and attempt to dispose of by hiding in a washing machine an unknown article of clothing or a towel which he had received from Jesse L. Sparks.

All in violation of Title 18, United States Code, Section 2232(a).

A TRUE BILL

_____

FOREMAN

Date: _____

_____
THOMAS A. MARINO
United States Attorney

RECEIVED

TAM:WPS:cak

DEC 17 2005

U.S. PROBATION OFFICE
WILLIAMSPORT, PA

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA  :  CRIMINAL NO. 4:03 CR.364-02
                          :
            v.            :  (VIO: 18 U.S.C. §§ 113(a)(1)
     JESSE L. SPARKS       :      and 2232(a)
         and              :       Judge Muir
     ISHMAEL FORD-BEY      :

FILED
WILLIAMSPORT, PA

DEC 11 2003

05-PT-333-TFH

**I N D I C T M E N T**

MARY E. D'ANDREA, CLERK

Per _____
                DEPUTY CLERK

THE GRAND JURY CHARGES:

### COUNT ONE
### Assault with Intent to Commit Murder
### (18 U.S.C. § 113(a)(1))

On or about October 15, 2002, in the Middle District of
Pennsylvania, and within the jurisdiction of this Court, the
defendant inmate

### JESSE L. SPARKS

at a place within the special maritime and territorial
jurisdiction of the United States, namely, the Federal
Correctional Institution (F.C.I. - Medium), Allenwood,
Pennsylvania, on land acquired for the use of the United States
and under its exclusive jurisdiction, did assault inmate Rico
Woodland in cell #109, Unit 3-A, with the intent to commit
murder, by repeatedly kicking him in the head with a steel-toed
boot.

1

10/16/05

All in violation of Title 18, United States Code, Sections 113(a)(1) and 7(3).

THE GRAND JURY FURTHER CHARGES:

### COUNT TWO
### Assault with a Dangerous Weapon
### (18 U.S.C. § 113(a)(3))

On or about October 15, 2002, in the Middle District of Pennsylvania, and within the jurisdiction of this Court, the defendants, inmates

### JESSE L. SPARKS AND
### ISHMAEL FORD-BEY

aiding and abetting each other at a place within the special maritime and territorial jurisdiction of the United States, namely, the Federal Correctional Institution (F.C.I. - Medium), Allenwood, Pennsylvania, on land acquired for the use of the United States and under its exclusive jurisdiction, did assault and casue to be assaulted inmate Rico Woodland in cell #109, Unit 3-A, with a dangerous weapon, to wit:  a steel-toed boot, with intent to do bodily harm, and without justification or excuse.

All in violation of Title 18, United States Code, Sections 113(a)(3), 7(3) and 2.

2

THE GRAND JURY FURTHER CHARGES:

## COUNT THREE
### Assault Resulting in Serious Bodily Injury
### (18 U.S.C. § 113(a)(6))

On or about October 15, 2002, in the Middle District of Pennsylvania, and within the jurisdiction of this Court, the defendants, inmates

### JESSE L. SPARKS AND
### ISHMAEL FORD-BEY

aiding and abetting each other, at a place within the special maritime and territorial jurisdiction of the United States, namely, The Federal Correctional Institution (F.C.I. - Medium), Allenwood, Pennsylvania, on land acquired for the use of the United States and under its exclusive jurisdiction, did commit and cause to be committed an assault on inmate Rico Woodland in cell #109, Unit 3-A, resulting in serious bodily injury, to wit: complex traumatic brain injury.

All in violation of Title 18, United States Code, Sections 113(a)(6), 7(3), and 2.

THE GRAND JURY FURTHER CHARGES:

## COUNT FOUR
### Destruction/Removal of Property to Prevent Seizure
### 18 U.S.C. § 2232(a)

On or about October 15, 2002, in the Middle District of

3

Pennsylvania, and within the jurisdiction of this Court, the

defendant

**JESSE L. SPARKS**

before and during a search of various areas within the Federal

Correctional Institution (F.C.I. - Medium), Allenwood,

Pennsylvania, including inmate cells, and before the seizure of

property, to wit:  evidence of crimes committed by the said Jesse

L. Sparks, by persons authorized to make searches and seizures,

to wit:  employees of the Federal Bureau of Prisons, and in order

to prevent the seizure of items of evidentiary value by the said

employees of the Federal Bureau of Prisons, did knowingly attempt

to dispose of by hiding a shirt with blood on it.

All in violation of Title 18, United States Code, Section

2232(a).


A TRUE BILL


FOREMAN

Date: *11 December 2003*


THOMAS A. MARINO
United States Attorney

AO 245 B (Rev 12/03) Sheet 1 - Judgment in a Criminal Case

RECEIVED

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

OCT 1 2004

U.S. PROBATION OFFICER
WILLIAMSPORT, PA.

UNITED STATES OF AMERICA

VS.

ISHMAEL FORD-BEY

JUDGMENT IN A CRIMINAL CASE

05-PT- 333- TFH

CASE NUMBER:   4:03-CR-364-02
USM NUMBER:   21228-016
Defense Attorneys:
Kyle W. Rude, Esq., Idus J. Daniel, Jr., Esq

**THE DEFENDANT:**
[x] pleaded guilty to count five of superseding  indictment.
[ ] pleaded nolo contendere to count(s)_____
    which (was)(were) accepted by the court.
[ ] was found guilty on count(s)_____after a plea of not guilty.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| Title/Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18:2232(a) | Destruction/Removal of Property to Prevent Seizure | 10/15/02 | 5 |

The defendant is sentenced as provided in pages 2 through _6_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.
[ ] The defendant has been found not guilty on count(s)_____.
[x] The Indictment filed December 11, 2003, and Counts 2 and 3 of the Superseding Indictment filed April 8, 2004  are dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence or, mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

September 24, 2004
Date of Imposition of Sentence

MUIR ,U.S. DISTRICT JUDGE
MIDDLE DISTRICT OF PENNSYLVANIA

September 28 , 2004
Date

**FILED**
**WILLIAMSPORT**

SEP 2 8 2004

Per_____
DEPUTY CLERK

Certified from the record
Date  9/28/04
Mary E. D'Andrea, Clerk
Per_____
Deputy Clerk

★U.S.GPO:1990-722-448/10286

AO 245 B (Rev. 12/03) Judgment in a Criminal Case, Sheet 2 - Imprisonment

| | | |
|---|---|---|
| Defendant: | ISHMAEL FORD- BEY | Judgment-Page _2_ of _6_ |
| Case Number: | 4:03-CR-364-02 | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of time served.

## NOTICE OF APPEAL

[ ] The court makes the following recommendations to the Bureau of Prisons:

[ ] The defendant is remanded to the custody of the United States Marshal.
[ ] The defendant shall surrender to the United States Marshal for this district.

    [ ] at_____ a.m./p.m. on_____.
    [ ] as notified by the U.S. Marshal.
[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.
    [ ] before 2 p.m. on_____.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the probation office.
    [ ] The defendant is to contact the United States Marshal's Office no later than three days prior to the above date to be notified of the place
    of confinement.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on_____ to_____ at

_____, with a certified copy of this judgment.

_____
United States Marshal

_____
Deputy Marshal

AO 245 B (Rev. 12/03) Judgment in a Criminal Case, Sheet 3 - Supervised Release

Defendant:    **ISHMAEL FORD-BEY**
Case Number:  **4:03-CR-364-02**

Judgment-Page 3 of 6

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of two (2) years.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

[ ] The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)
[ ] The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable).
[ ] The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable).
[ ] The defendant shall participate in an approved program for domestic violence. (Check, if applicable).

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached pages.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at a home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or special agent of a law enforcement agency without the permission of the court;
13) the defendant, as directed by the probation officer, shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.
14) the defendant shall refrain from possessing a firearm, destructive device, or other dangerous weapon.
15) the defendant shall participate in a program of testing and treatment for drug abuse, as directed by the Probation Office, until such time as you are released from the program by the Probation Officer.

Defendant:    **ISHMAEL FORD-BEY**                                    Judgment Page 4 of 6
Case Number:   **4:03-CR-364-02**

16) the defendant shall notify the Court and U.S. Attorney's Office of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay restitution, fines or special assessments.
17) the defendant shall not incur new credit charges or open additional lines of credit without the approval of the Probation Officer unless the defendant is in compliance with the installment schedule for payment of restitution, fines or special assessments.
18) the defendant shall provide the Probation Officer with access to any requested financial information.

### SPECIAL CONDITION OF SUPERVISION

1) the defendant shall submit to one drug test within fifteen (15) days of release from custody and at least two (2) periodic drug tests thereafter.


    Upon a finding of a violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

    These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.


(Signed)_____          _____
                                                  **Date**


    _____          _____
**U.S. Probation Officer/Designated Witness**     **Date**

AO 245 B (Rev. 12/03) Judgment in a Criminal Case,  Sheet 5 - Criminal Monetary Penalties

| | | |
|---|---|---|
| Defendant: | **ISHMAEL FORD-BEY** | Judgment-Page _5_ of 6 |
| Case Number: | 4:03-CR-364-02 | |

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 6.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| **Totals:** | **$ 100.00** | **$ -0-** | **$ -0-** |

Having considered the defendant's lack of financial resources, no fine is imposed.

[ ] The determination of restitution is deferred until _____ . An Amended Judgment in a Criminal Case (AO 245 C) will be entered after such determination.

[ ] The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

*If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. 3664(i), all non federal victims must be paid in full prior to the United States receiving payment.*

| NAME OF PAYEE | TOTAL LOSS | RESTITUTION ORDER | PRIORITY OF PERCENTAGE |
|---|---|---|---|
| | | | |
| **TOTALS** | _____ | _____ | _____ |

[ ] Restitution amount ordered pursuant to plea agreement  $ _____ .

[ ] The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. 3612(g).

[ ] The court determined that the defendant does not have the ability to pay interest, and it is ordered that:
    [ ] the interest requirement is waived for the   [ ] fine  [ ] restitution.
    [ ] the interest requirement for the [ ] fine [ ] restitution is modified as follows:

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

AO 245 B (Rev. 12/03) Judgment in a Criminal Case, Sheet 6, Part B-Financial Penalties

Defendant:      ISHMAEL FORD-BEY                                    Judgment-Page _6_ of _6_
Case Number:   4:03-CR-364-02

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A [X] Lump sum payment of $ 100.00 due immediately.
    [ ] not later than_____or
    [ ] in accordance with [ ] C, [ ] D, [ ] E [ ] F below; or
B [ ] Payment to begin immediately (may be combined with [ ] C, [ ] D, or [ ] F below): or

C [ ] Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $_____ over a period of
    _____(e.g., months or years), to commence _____(e.g., 30 or 60 days) after the date of this judgment; or
D [ ] Payment in equal _____(e.g., weekly, monthly, quarterly) installments of $_____ over a period of
    _____(e.g., months or years), to commence_____(e.g., 30 or 60 days) after release from imprisonment to a term of
Supervision; or
E [ ] Payment during the term of supervised release will commence within _____(e.g., 30 or 60 days) after release from
imprisonment. The Court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or
F [ ] Special instructions regarding the payment of criminal monetary penalties:

    Unless the court has expressly ordered otherwise in the special instruction above, if this judgment imposes a period of
imprisonment payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty
payments are to be made to the Clerk, United States District Court, Middle District of Pennsylvania, 235 North Washington Ave. and
Linden Street, Room 101, Post Office Box 1148, Scranton, Pa. 18501, except those payments made through the Bureau of Prisons'
Inmate Financial Responsibility Program.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[ ] Joint and Several
    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount,
    and corresponding payee, if appropriate.

[ ] The defendant shall pay the cost of prosecution.

[ ] The defendant shall pay the following court cost(s):

[ ] The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal,
(5) community restitution, (6) fine interest, (7) penalties, and (8) costs, including cost of prosecution and court costs.

APPEAL

# U.S. District Court
## Middle District of Pennsylvania (Williamsport)
### CRIMINAL DOCKET FOR CASE #: 4:03-cr-00364-MM-ALL
### Internal Use Only

05-PT-333-TFH

Case title: USA v. Sparks et al                    Date Filed: 12/11/2003

Assigned to: Honorable Malcolm Muir

**Defendant**

**Jesse L. Sparks** (1)          represented by  **Jesse L. Sparks**
*TERMINATED: 06/03/2005*                          08096-007
                                                  FCI - Allenwood
                                                  PO Box 2000
                                                  White Deer, PA 17887
                                                  PRO SE

                                                  **Royce L. Morris**
                                                  Goldberg, Katzman P.C.
                                                  320 Market Street
                                                  P.O. Box 1268
                                                  Harrisburg, PA 17108-1268
                                                  717-234-4161
                                                  Fax: 717-234-6810
                                                  Email: rlm@goldbergkatzman.com
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*
                                                  *Designation: Retained*

| **Pending Counts** | **Disposition** |
| --- | --- |
| ASSAULT WITH INTENT TO MURDER (1) | DISMISSED |
| ASSAULT WITH INTENT TO MURDER (1s) | DISMISSED |
| ASSAULT WITH INTENT TO MURDER (2) | DISMISSED |
| ASSAULT WITH A DANGEROUS WEAPON (2s) | DISMISSED |
| ASSAULT WITH INTENT TO | |

*copied from the record*
Date 12/16/05
Per [signature]

| | |
|---|---|
| MURDER<br>(3) | DISMISSED |
| ASSAULT RESULTING IN SERIOUS BODILY INJURY<br>(3s) | Special Assessment of $100 due in full immediately. Imprisonment of 10 years to run consecutive. No fine is imposed. Restitution due in the amount of $539,261.01 for disbursement to BOP. Counts 1,2 & 4 of superseding indictment are dismissed upon motion of USA. Appeal rights given. |
| DESTRUCTION OR REMOVAL OF PROPERTY TO PREVENT SEIZURE<br>(4) | DISMISSED |
| DESTRUCTION OR REMOVAL OF PROPERTY TO PREVENT SEIZURE<br>(4s) | DISMISSED |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

Assigned to: Honorable Malcolm Muir

**Defendant**

| **Ishmael Ford-Bey** (2)<br>*TERMINATED: 09/28/2004* | represented by | **D. Toni Byrd**<br>Federal Public Defender's Office<br>330 Pine Street<br>Suite 302<br>Williamsport, PA 17701<br>570-323-9314<br>Email: pamd-fpd.wil@verizon.net<br>*TERMINATED: 01/13/2004*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or*<br>*Community Defender Appointment* |
|---|---|---|

**Idus J. Daniel, Jr.**
639 Eye Street, N.E.
Washington, DC 20002
202-546-5023
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Kyle W. Rude**
McNerney, Page, Vanderlin and Hall
433 Market Street
Williamsport, PA 17701-6243
570-326-6555
Fax: 3263170
Email: krude@mcnerneypage.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Russell Hairston**
Law Offices of Russell J. Hairston
639 Eye Street, N.E.
Washington, DC 20002
(202) 546-5023
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

## Pending Counts

DESTRUCTION OR REMOVAL OF
PROPERTY TO PREVENT SEIZURE
(5s)

## Highest Offense Level (Opening)

Felony

## Terminated Counts

ASSAULT WITH INTENT TO
MURDER
(2)

ASSAULT WITH A DANGEROUS
WEAPON
(2s)

ASSAULT WITH INTENT TO
MURDER
(3)

## Disposition

Time Served. Special assessment of
$100 due in full immediately. Supv.
Release for a term of 2 yrs with drug
testing provisions.

## Disposition

Dismissed

Dismissed

Dismissed

ASSAULT RESULTING IN SERIOUS
BODILY INJURY                                    Dismissed
(3s)


**Highest Offense Level (Terminated)**

Felony


| **Complaints** | **Disposition** |
|---|---|
| None | |

---


**Plaintiff**

USA                          represented by   **Wayne Paul Samuelson**
                                              Office of the U.S. Attorney
                                              240 West Third St.
                                              Suite 316
                                              Williamsport, PA 17701-6465
                                              570-326-1935
                                              Email: Wayne.Samuelson@usdoj.gov
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*


| Date Filed | # | Docket Text |
|---|---|---|
| 12/11/2003 | ●1 | INDICTMENT as to Jesse L. Sparks (dft 1) count(s) 1, 2, 3, 4, Ishmael Ford-Bey (dft 2) count(s) 2, 3. (lg, ) (Entered: 12/12/2003) |
| 12/11/2003 | 2 | ORDER FOR ISSUANCE OF Arrest WARRANT as to Jesse L. Sparks, signed by Judge Muir on 12/11/03. (lg, ) (Entered: 12/12/2003) |
| 12/11/2003 | 3 | ORDER FOR ISSUANCE OF Arrest WARRANT as to Ishmael Ford-Bey, signed by Judge Muir on 12/11/03. (lg, ) (Entered: 12/12/2003) |
| 12/11/2003 | | Arrest Warrant Issued as to Ishmael Ford-Bey. (lg, ) (Entered: 12/12/2003) |
| 12/11/2003 | | ***Location start as to Jesse L. Sparks, Ishmael Ford-Bey (bk, ) (Entered: 03/02/2004) |
| 12/12/2003 | | Arrest Warrant Issued as to Jesse L. Sparks. (lg, ) (Entered: 12/12/2003) |
| 12/18/2003 | | REMARK : Copy of indictment with cover letter and CJA23 sent to both defendants. (bk, ) (Entered: 12/18/2003) |
| 01/13/2004 | ●4 | NOTICE OF HEARING as to Jesse L. Sparks Arraignment set for 2/10/2004 04:15 PM in Williamsport - Courtroom #1 before Honorable Malcolm Muir. (bk, ) (Entered: 01/13/2004) |
| 01/13/2004 | ●5 | NOTICE OF HEARING as to Ishmael Ford-Bey Arraignment set for 2/11/2004 04:15 PM in Williamsport - Courtroom #1 before Honorable |

| | | Malcolm Muir.(bk, ) (Entered: 01/13/2004) |
|---|---|---|
| 01/16/2004 | ●6 | PRAECIPE to Enter Appearance (Morris, Royce) (Entered: 01/16/2004) |
| 01/20/2004 | ●7 | PETITION for Special Admission -filed by Idus J. Daniel, Jr, Esq on behalf of dft Ishmael Ford Bey (cl, ) (Entered: 01/20/2004) |
| 01/23/2004 | ●8 | SPECIAL ADMISSIONS FORM APPROVED as to Idus Daniel, Jr.. Signed by Judge Malcolm Muir on 1/23/04. (bk, ) (Entered: 01/23/2004) |
| 01/23/2004 | ●9 | PRACTICE AND PROCEDURE ORDER as to Jesse L. Sparks, Ishmael Ford-Bey. Signed by Judge Malcolm Muir on 1/23/04. (bk, ) (Entered: 01/23/2004) |
| 02/05/2004 | ● | DOCKET ANNOTATION: Ford-Bey arraignment rescheduled from 2-11-04 to 2-13-04 at 4:15 p.m. as to Ishmael Ford-Bey : (bk, ) (Entered: 02/05/2004) |
| 02/10/2004 | 10 | Minute Entry for proceedings held before Judge Malcolm Muir :Arraignment as to Jesse L. Sparks (1) Count 1,2,3,4 held on 2/10/2004. Jury selection for 4/2/04 at 10:00 a.m. Defense counsel to file motion to continue jury selection to 5/4/04. (Court Reporter Fausnaught.) (bk, ) (Entered: 02/10/2004) |
| 02/10/2004 | ● | Set/Reset Hearings as to Jesse L. Sparks : Jury Selection set for 4/2/2004 10:00 AM in Williamsport - Courtroom #1 before Honorable Malcolm Muir. (bk, ) (Entered: 02/10/2004) |
| 02/10/2004 | ●11 | Not guilty PLEA ENTERED as to Jesse L. Sparks (bk, ) (Entered: 02/10/2004) |
| 02/10/2004 | ● | Arrest of Jesse L. Sparks (lg, ) (Entered: 02/20/2004) |
| 02/13/2004 | ●12 | MOTION to Detain by USA as to Ishmael Ford-Bey. (Samuelson, Wayne) (Entered: 02/13/2004) |
| 02/13/2004 | 13 | Minute Entry for proceedings held before Judge Malcolm Muir :Arraignment as to Ishmael Ford-Bey (2) Count 2,3 held on 2/13/2004 (Court Reporter Fausnaught.) (bk, ) (Entered: 02/17/2004) |
| 02/13/2004 | ●14 | Not guilty PLEA ENTERED as to Ishmael Ford-Bey (bk, ) (Entered: 02/17/2004) |
| 02/17/2004 | ●15 | NOTICE OF HEARING as to Ishmael Ford-Bey Detention Hearing set for 2/20/2004 10:30 AM in Williamsport - Courtroom #1 before Honorable Malcolm Muir.((cOPY TO USM/WMPT) (bk, ) (Entered: 02/17/2004) |
| 02/20/2004 | ●16 | SPECIAL ADMISSIONS FORM APPROVED as to Russell J. Hairston. Signed by Judge Malcolm Muir on 2/20/04. (lg, ) (Entered: 02/20/2004) |
| 02/20/2004 | 17 | Minute Entry for proceedings held before Judge Malcolm Muir :Detention Hearing as to Ishmael Ford-Bey held on 2/20/2004. Video tape shown, testimony, closings. Findings of Fact and Annotated Findings of Fact due by 2/25/04. (Court Reporter Fausnaught.) (bk, ) |

| | | |
|---|---|---|
| | | (Entered: 02/20/2004) |
| 02/20/2004 | ●18 | EXHIBIT LIST by USA as to Ishmael Ford-Bey (detention hearing held on 2/20/04) Original exhibits returned to USA. (bk, ) (Entered: 02/20/2004) |
| 02/20/2004 | ●19 | Arrest Warrant Returned Executed on 2/10/04 as to Jesse L. Sparks. (lg, ) (Entered: 02/20/2004) |
| 02/20/2004 | ●20 | PROPOSED FINDINGS OF FACT (Samuelson, Wayne) (Entered: 02/20/2004) |
| 02/24/2004 | ●21 | PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW relataive to Dft detention prior to trial, filed by Dft Ishmael B. Ford-Bey, CofS. (bp) (Entered: 02/24/2004) |
| 02/25/2004 | ●22 | SCHEDULING ORDER as to Jesse L. Sparks, Ishmael Ford-Bey Jury Selection set for 4/2/2004 10:00 AM in Williamsport - Courtroom #1 before Honorable Malcolm Muir. Signed by Judge Malcolm Muir on 2/25/04. (bk, ) (Entered: 02/25/2004) |
| 02/25/2004 | ●23 | ORDER granting 12 Motion to Detain as to Ishmael Ford-Bey (2). Ford-Bey is committed to custody of Atty. General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal 18 USC 3142(i)(3). The Atty. General is directed to afford Ford-Bey reasonable opportunity for private consultation with counsel 18 USC3142 (i)(3). The warden of the facility where Ford-Bey is incarcerated shall on order of a court of the U.S. or on request of an attorney for the government deliver Ford-Bey to the U.S. Marshal for the purpose of an appearance in connection with a court proceeding. 18 USC 3142(1)(4).. Signed by Judge Malcolm Muir on 2/25/04. (bk, ) (Entered: 02/25/2004) |
| 02/25/2004 | | REMARK : Copy of doc. 23 (Order dated 2/25/04) noticed via electronic mail to USM/W and BOP. (bk, ) (Entered: 02/25/2004) |
| 02/25/2004 | ●24 | PROPOSED FINDINGS OF FACT AND CONCLUSION OF LAW by dft Ishmael B. Ford-Bey (lg, ) (Entered: 02/25/2004) |
| 02/27/2004 | ●25 | MOTION to Continue *Trial* by Jesse L. Sparks. (Attachments: # 1 # 2) (Morris, Royce) (Entered: 02/27/2004) |
| 03/02/2004 | | ***Location start as to Ishmael Ford-Bey (bk, ) (Entered: 03/02/2004) |
| 03/05/2004 | ●26 | ORDER as to Ishmael Ford-Bey - On or before 3/12/04 Ford-Bey shall file of record with the court a notice stating either that he concurs in Sparks' motion to continue the case or that he does not concur in the motion. Signed by Judge Malcolm Muir on 3/5/04. (bp) (Entered: 03/05/2004) |
| 03/15/2004 | ●27 | First MOTION to Amend/Correct 25 MOTION to Continue *Trial* filed by Jesse L. Sparks *Amended Certificate of Concurrence* by Jesse L. Sparks. (Morris, Royce) (Entered: 03/15/2004) |

| 03/15/2004 | ●28 | ORDER granting 25 Motion to Continue as to Jesse L. Sparks (1); granting 27 Motion to Amend/Correct as to Jesse L. Sparks (1) Jury Selection set for 5/4/2004 10:00 AM in Williamsport - Courtroom #1 before Honorable Malcolm Muir.. Signed by Judge Malcolm Muir on 3/15/04. (bk, ) (Entered: 03/15/2004) |
|---|---|---|
| 03/29/2004 | ●29 | SCHEDULING ORDER as to Jesse L. Sparks, Ishmael Ford-Bey Jury Selection set for 5/4/2004 10:00 AM in Williamsport - Courtroom #1 before Honorable Malcolm Muir. Signed by Judge Malcolm Muir on 3/29/04. (bk, ) (Entered: 03/29/2004) |
| 04/08/2004 | ●30 | SUPERSEDING INDICTMENT as to Jesse L. Sparks (1) count(s) 1s, 2s, 3s, 4s, Ishmael Ford-Bey (2) count(s) 2s, 3s, 5s. (Attachments: # 1 Criminal Cover Sheet (Sparks) (2) Criminal Cover Sheet (Ford-Bey) (bp) (Entered: 04/08/2004) |
| 04/09/2004 | ●31 | PRAECIPE for summons (Samuelson, Wayne) (Entered: 04/09/2004) |
| 04/09/2004 | ●32 | PRAECIPE for summons (Samuelson, Wayne) (Entered: 04/09/2004) |
| 04/14/2004 | | Attorney update in case as to Ishmael Ford-Bey. Attorney Kyle W. Rude for Ishmael Ford-Bey added for arraignment on superseding indictment only. (bk, ) (Entered: 04/14/2004) |
| 04/14/2004 | ●33 | Summons Issued as to Jesse L. Sparks for arraignment on superseding indictment. Arraignment scheduled for 4/23/04 at 2:30 p.m. (bk, ) (Entered: 04/14/2004) |
| 04/14/2004 | ●34 | Summons Issued as to Ishmael Ford-Bey to be served upon Atty. Daniel for arraignment on superseding indictment on 4/23/04 at 3:00 p.m. (bk, ) (Entered: 04/14/2004) |
| 04/15/2004 | ●35 | MOTION To Set Trial Date with Certificate of Service by Ishmael Ford-Bey. (bk, ) (Motion sent to Judge Muir's office via U.S. mail) (Entered: 04/15/2004) |
| 04/15/2004 | | REMARK : CRD called Atty. Daniels office and left message that a certificate of concurrence of ALL counsel was needed and also a proposed order. Message also left as to local counsel needed to participate in all proceedings and for all filings to be made via the Clerk's office. (bk, ) (Entered: 04/15/2004) |
| 04/16/2004 | ●36 | ORDER denying 35 Motion for Specific Trial Date as to Ishmael Ford-Bey (2). Within 10 days of the date hereof, counsel shall comply with Local Rule 83.12. Failure to do so may result in counsel being denied permission to appear as counsel in this court. Signed by Judge Malcolm Muir on 4/16/04. (bk, ) (Entered: 04/16/2004) |
| 04/16/2004 | ● | Set/Reset Hearings as to Ishmael Ford-Bey : Arraignment on superseding indictment set for 4/23/2004 3:00 PM in Williamsport - Courtroom #1 before Honorable Malcolm Muir. (bk, ) (Entered: 04/16/2004) |
| 04/16/2004 | ● | Set/Reset Hearings as to Jesse L. Sparks : Arraignment on superseding indictment set for 4/23/2004 02:30 PM in Williamsport - Courtroom #1 |

| | | before Honorable Malcolm Muir. (bk, ) (Entered: 04/16/2004) |
|---|---|---|
| 04/21/2004 | ●37 | MOTION to Continue *Trial* by Jesse L. Sparks. (Attachments: # 1 # 2) (Morris, Royce) (Entered: 04/21/2004) |
| 04/22/2004 | ●38 | ORDER granting 37 Motion to Continue as to Jesse L. Sparks (1) Jury Selection continued to 6/2/2004 10:00 AM in Williamsport - Courtroom #1 before Honorable Malcolm Muir.Signed by Judge Malcolm Muir on 4/22/04. (bk, ) (Entered: 04/22/2004) |
| 04/23/2004 | 39 | Minute Entry for proceedings held before Judge Malcolm Muir :Arraignment as to Jesse L. Sparks (1) Count 1s,2s,3s,4s held on 4/23/2004 (Court Reporter Spearing.) (bk, ) (Entered: 04/23/2004) |
| 04/23/2004 | ●40 | NOT GUILTY PLEA ENTERED as to Jesse L. Sparks (bk, ) (Entered: 04/23/2004) |
| 04/23/2004 | 41 | Minute Entry for proceedings held before Judge Malcolm Muir :Arraignment as to Ishmael Ford-Bey (2) Count 2s,3s,5s held on 4/23/2004 (Court Reporter Spearing.) (bk, ) (Entered: 04/23/2004) |
| 04/23/2004 | ●42 | NOT GUILTY PLEA ENTERED as to Ishmael Ford-Bey (bk, ) (Entered: 04/23/2004) |
| 04/26/2004 | ●43 | Summons Returned Executed on 4/15/04 as to Jesse L. Sparks (lg, ) (Entered: 04/26/2004) |
| 04/26/2004 | ●44 | Summons Returned Executed on 4/15/04 as to Ishmael Ford-Bey (lg, ) (Entered: 04/26/2004) |
| 04/29/2004 | ●45 | SCHEDULING ORDER as to Jesse L. Sparks, Ishmael Ford-Bey Jury Selection set for 6/2/2004 10:00 AM in Williamsport - Courtroom #1 before Honorable Malcolm Muir. Signed by Judge Malcolm Muir on 4/29/04. (bk, ) (Entered: 04/29/2004) |
| 04/29/2004 | ●46 | NOTICE OF ATTORNEY APPEARANCE: Kyle W. Rude appearing for Ishmael Ford-Bey *Local Counsel* (Rude, Kyle) (Entered: 04/29/2004) |
| 05/14/2004 | ●47 | PETITION FOR WRIT OF HABEAS CORPUS USA Jesse L. Sparks, Ishmael Ford-Bey *Ad Testificandum Ad Testificandum* (Attachments: # 1) (Samuelson, Wayne) (Entered: 05/14/2004) |
| 05/14/2004 | ●48 | PETITION FOR WRIT OF HABEAS CORPUS USA Jesse L. Sparks, Ishmael Ford-Bey *Ad Testificandum Ad Testificandum* (Attachments: # 1) (Samuelson, Wayne) (Entered: 05/14/2004) |
| 05/14/2004 | ●49 | Writ of Habeas Corpus ad Testificandum Issued as to James Ellerbe from FCI Edgefield, SC for 6/2/04 at 9:30 a.m. in case as to Jesse L. Sparks, Ishmael Ford-Bey (3 cc's to USM/W) (bk, ) (Entered: 05/17/2004) |
| 05/14/2004 | ●50 | Writ of Habeas Corpus ad Testificandum Issued as to Omar Abreu from FCI Ft. Dix, NJ for 6/2/04 in case as to Jesse L. Sparks, Ishmael Ford-Bey (3 cc's to USM/W) (bk, ) (Entered: 05/17/2004) |
| 05/18/2004 | ●51 | PLEA AGREEMENT as to Ishmael Ford-Bey (Samuelson, Wayne) |

| | | |
|---|---|---|
| | | (Entered: 05/18/2004) |
| 05/19/2004 | ●52 | MOTION to Continue *Trial* by Jesse L. Sparks. (Attachments: # 1 # 2) (Morris, Royce) (Entered: 05/19/2004) |
| 05/20/2004 | ●53 | NOTICE OF HEARING as to Ishmael Ford-Bey Plea Agreement Hearing set for 5/26/2004 10:30 AM in Williamsport - Courtroom #1 before Honorable Malcolm Muir. Signed by Judge Malcolm Muir on 5/20/04. (bk, ) (Entered: 05/20/2004) |
| 05/20/2004 | ●54 | ORDER granting 52 Motion to Continue as to Jesse L. Sparks (1) Jury Selection set for 7/7/2004 10:00 AM in Williamsport - Courtroom #1 before Honorable Malcolm Muir. Signed by Judge Malcolm Muir on 5/20/04. (bk, ) (Entered: 05/20/2004) |
| 05/20/2004 | ●55 | SUPPLEMENT by Jesse L. Sparks *Certificate of Concurrence* to 52 MOTION to Continue *Trial Certificate of Concurrence* (Morris, Royce) (Entered: 05/20/2004) |
| 05/26/2004 | ●56 | STATEMENT OF DEFENDANT RE: Plea of Guilty filed by Ishmael Ford-Bey (bp) (Entered: 05/26/2004) |
| 05/26/2004 | 57 | Minute Entry for proceedings held before Judge Malcolm Muir :Plea Agreement Hearing as to Ishmael Ford-Bey held on 5/26/2004. Dft. Ford-Bey withdrawals prior plea of not guilty and pleads guilty to Ct. 5 of superseding indictment. Order granting motion. Dft. pleads guilty to Ct. 5 of superseding indictment. PSO ordered. Pre-sentence conference scheduled for 9/15/04 at 4:45 p.m. (Court Reporter Fausnaught.) (bk, ) (Entered: 05/26/2004) |
| 05/26/2004 | ●58 | MOTION to Withdraw Plea of Not Guilty and plead guilty to Ct. 5 of Superseding Indictment. by Ishmael Ford-Bey. (bk, ) (Entered: 05/26/2004) |
| 05/26/2004 | ●59 | ORDER granting 58 Motion to Withdraw Plea of Not Guilty as to Ishmael Ford-Bey (2). Signed by Judge Malcolm Muir on 5/26/04. (bk, ) (Entered: 05/26/2004) |
| 05/26/2004 | ●60 | GUILTY TO COUNT 5 PLEA ENTERED as to Ishmael Ford-Bey (bk, ) (Entered: 05/26/2004) |
| 05/26/2004 | ●61 | SCHEDULING ORDER as to Ishmael Ford-Bey Pre-sentence In Chambers Conference set for 9/15/2004 04:15 PM before Honorable Malcolm Muir. Signed by Judge Malcolm Muir on 5/26/04. (bk, ) (Entered: 05/26/2004) |
| 05/26/2004 | ●62 | PLEA AGREEMENT *(amended and accepted in open court)* as to Ishmael Ford-Bey (Samuelson, Wayne) (Entered: 05/26/2004) |
| 05/27/2004 | ●63 | SCHEDULING ORDER as to Jesse L. Sparks Jury Selection set for 7/7/2004 10:00 AM in Williamsport - Courtroom #1 before Honorable Malcolm Muir. Signed by Judge Malcolm Muir on 5/27/04. (bk, ) (Entered: 05/27/2004) |
| | | |

| 06/29/2004 | ●64 | MOTION to Continue *trial* by USA as to Jesse L. Sparks. (Attachments: # 1 # 2)(Samuelson, Wayne) (Entered: 06/29/2004) |
| 06/30/2004 | ●65 | SCHEDULING ORDER as to Jesse L. Sparks Jury Selection set for 8/12/2004 10:00 AM in Williamsport - Courtroom #1 before Honorable Malcolm Muir. Signed by Judge Malcolm Muir on 6/30/04. (bk, ) (Entered: 06/30/2004) |
| 06/30/2004 | ●66 | ORDER granting 64 Motion to Continue as to Jesse L. Sparks (1) Jury Selection set for 8/2/2004 10:00 AM in Williamsport - Courtroom #1 before Honorable Malcolm Muir. Signed by Judge Malcolm Muir on 6/30/04. (bk, ) (Entered: 06/30/2004) |
| 08/06/2004 | ●67 | PLEA AGREEMENT as to Jesse L. Sparks (Samuelson, Wayne) (Entered: 08/06/2004) |
| 08/06/2004 | ●68 | NOTICE OF HEARING as to Jesse L. Sparks Change of Plea Hearing set for 8/13/2004 04:00 PM in Williamsport - Courtroom #1 before Honorable Malcolm Muir. (copies to USA, USM,Morris, USPO)(bk, ) (Entered: 08/06/2004) |
| 08/09/2004 | ●69 | ORDER as to Jesse L. Sparks re: filing statement of facts and directing defense counsel and defendant to meet inthe office of the U.S. Marshal one-half hour prior to the start of the hearing on the proposed plea of guilty. Signed by Judge Malcolm Muir on 8/9/04. (copies to counsel and USM/W) (bk, ) (Entered: 08/09/2004) |
| 08/13/2004 | ●70 | NOTICE OF HEARING as to Jesse L. Sparks Plea Agreement Hearing rescheduled from 8/13/04 at 4:00 p.m. to 8/20/2004 10:00 AM in Williamsport - Courtroom #1 before Honorable Malcolm Muir.bk, ) (Entered: 08/13/2004) |
| 08/17/2004 | ●71 | NOTICE OF HEARING as to Jesse L. Sparks Change of Plea Hearing set for 8/20/2004 02:30 PM in Williamsport - Courtroom #1 before Honorable Malcolm Muir. (bk, ) (Entered: 08/17/2004) |
| 08/20/2004 | 72 | Minute Entry for proceedings held before Judge Malcolm Muir :Plea Agreement Hearing as to Jesse L. Sparks held on 8/20/2004 (Court Reporter FAUSNAUGHT.) (bk, ) (Entered: 08/23/2004) |
| 08/20/2004 | ●73 | MOTION to Withdraw Plea of Not Guilty and plead guilty to Ct. 3 of superseding indictment by Jesse L. Sparks. (bk, ) (Entered: 08/23/2004) |
| 08/20/2004 | ●74 | ORDER granting 73 Motion to Withdraw Plea of Not Guilty as to Jesse L. Sparks (1). Signed by Judge Malcolm Muir on 8/20/04. (bk, ) (Entered: 08/23/2004) |
| 08/20/2004 | ●75 | GUILTY PLEA ENTERED as to Jesse L. Sparks (bk, ) (Entered: 08/23/2004) |
| 08/20/2004 | ●76 | ANNOTATED STATEMENT OF FACTS OF DEFENDANT RE: Plea of Guilty filed by Jesse L. Sparks (bk, ) (Entered: 08/23/2004) |
| 08/20/2004 | ●77 | STATEMENT BY DEFENDANT RE: Plea of Guilty filed by Jesse L. |

| | | |
|---|---|---|
| | | Sparks (bk, ) (Entered: 08/23/2004) |
| 08/23/2004 | ●78 | SCHEDULING ORDER as to Jesse L. Sparks. Pre-sentence/ In Chambers Conference set for 11/22/2004 09:45 AM before Honorable Malcolm Muir. Signed by Judge Malcolm Muir on 8/23/04. (bk, ) (Entered: 08/23/2004) |
| 09/02/2004 | ●79 | NOTICE OF HEARING as to Ishmael Ford-Bey Pre-Sentence/ In Chambers Conference continued from 9/15/04 to 9/30/2004 04:15 PM before Honorable Malcolm Muir.(bk, ) (Entered: 09/02/2004) |
| 09/16/2004 | ●80 | Sealed Document (lg, ) (Entered: 09/16/2004) |
| 09/20/2004 | ●81 | Sealed Document (copies faxed to USPO,Samuelson, Rude and sent via U.S. Mail to Daniels) (bk, ) (Entered: 09/20/2004) |
| 09/21/2004 | ●82 | SENTENCING MEMORANDUM by Ishmael Ford-Bey (Attachments: # 1 Certificate of Concurrence# 2 Certificate of Service# 3 Proposed Order)(Rude, Kyle) (Entered: 09/21/2004) |
| 09/21/2004 | ●83 | SCHEDULING ORDER as to Ishmael Ford-Bey Sentencing set for 9/24/2004 03:45 PM in Williamsport - Courtroom #1 before Honorable Malcolm Muir. Signed by Judge Malcolm Muir on 9/21/04. (bk, ) (Entered: 09/21/2004) |
| 09/21/2004 | | REMARK : document 83 sent to USM/W (bk, ) (Entered: 09/21/2004) |
| 09/24/2004 | 84 | Minute Entry for proceedings held before Judge Malcolm Muir :Sentencing held on 9/24/2004 for Ishmael Ford-Bey (2), Count(s) 2, 2s, 3, 3s, Dismissed; Count(s) 5s, Time Served. Special assessment of $100 due in full immediately. Supv. Release for a term of 2 yrs with drug testing provisions.. (Court Reporter Fausnaught.) (bk, ) (Entered: 09/29/2004) |
| 09/24/2004 | ●85 | MOTION to Dismiss Count(s) 2 & 3 of superseding indictment and indictment filed 12/11/03by USA as to Ishmael Ford-Bey. (bk, ) (Entered: 09/29/2004) |
| 09/28/2004 | ●87 | JUDGMENT as to Ishmael Ford-Bey (2), Count(s) 2, 2s, 3, 3s, Dismissed; Count(s) 5s, Time Served. Special assessment of $100 due in full immediately. Supv. Release for a term of 2 yrs with drug testing provisions. (3 cc's to USBOP,USM/W & cc to USPO/W, copies to financial and counsel via e-mail). Signed by Judge Malcolm Muir on 9/28/04. (bk, ) (Entered: 09/29/2004) |
| 09/29/2004 | ●86 | ORDER granting 85 Motion to Dismiss Counts as to Ishmael Ford-Bey (2). Signed by Judge Malcolm Muir on 9/24/04. (bk, ) (Entered: 09/29/2004) |
| 11/18/2004 | ●88 | NOTICE OF HEARING as to Jesse L. Sparks In Chambers Conference rescheduled to 1/13/2005 04:15 PM in Williamsport - Courtroom #1 before Honorable Malcolm Muir. Signed by Judge Malcolm Muir on 11/18/04. (bk, ) (Entered: 11/18/2004) |
| | | |

| 01/11/2005 | ⚫89 | MOTION to Continue *Pre-Sentence Conference* by Jesse L. Sparks. (Attachments: # 1 # 2 # 3)(Morris, Royce) (Entered: 01/11/2005) |
|---|---|---|
| 01/11/2005 | ⚫90 | ORDER granting 89 Motion to Continue as to Jesse L. Sparks (1) In Chambers Conference set for 1/28/2005 04:15 PM before Honorable Malcolm Muir. (bk, ) (Entered: 01/11/2005) |
| 01/14/2005 | ⚫91 | SCHEDULING ORDER as to Jesse L. Sparks. Pre-sentence/ In Chambers Conference set for 2/22/2005 04:15 PM before Honorable Malcolm Muir.. Signed by Judge Malcolm Muir on 1/14/05. (bk, ) (Entered: 01/14/2005) |
| 02/22/2005 | 92 | Minute Entry for proceedings held before Judge Malcolm Muir : Pre-Sentence/In Chambers Conference held as to Jesse L. Sparks held on 2/22/2005 (Tape Recorded.) (bk, ) (Entered: 02/22/2005) |
| 02/23/2005 | 93 | STENO NOTES filed by Fausnaught of 2/20/04 detention hearing (lg, ) (Entered: 02/23/2005) |
| 02/23/2005 | ⚫94 | ORDER reducing in writing oral orders issued at presentence conference as to Jesse L. Sparks . Signed by Judge Malcolm Muir on 2/23/05. (bk, ) (Entered: 02/23/2005) |
| 03/08/2005 | ⚫95 | RESPONSE by USA. to 94 Order *Directing file Current Medical Appraisal of Victim* (Attachments: # 1)(Samuelson, Wayne) (Entered: 03/08/2005) |
| 03/08/2005 | ⚫96 | LETTER from Jesse L. Sparks (Morris, Royce) (Entered: 03/08/2005) |
| 04/11/2005 | ⚫97 | MOTION to Depart from Guidelines *upward* by USA as to Jesse L. Sparks. (Attachments: # 1)(Samuelson, Wayne) (Entered: 04/11/2005) |
| 04/11/2005 | ⚫98 | BRIEF IN SUPPORT by USA as to Jesse L. Sparks re 97 MOTION to Depart from Guidelines *upward* Brief in Opposition due by 4/29/2005 (Samuelson, Wayne) (Entered: 04/11/2005) |
| 05/04/2005 | ⚫99 | BRIEF IN OPPOSITION by Jesse L. Sparks re 97 MOTION to Depart from Guidelines *upward* Reply Brief due by 5/18/2005. (Attachments: # 1)(Morris, Royce) (Entered: 05/04/2005) |
| 05/04/2005 | ⚫100 | Certificate of Service by Jesse L. Sparks re 99 Brief in Opposition (Morris, Royce) (Entered: 05/04/2005) |
| 05/13/2005 | ⚫101 | REPLY BRIEF by USA as to Jesse L. Sparks re 97 MOTION to Depart from Guidelines *upward* (Samuelson, Wayne) (Entered: 05/13/2005) |
| 05/19/2005 | ⚫102 | ORDER as to Jesse L. Sparks : The Government's motion for upward departure is granted as set forth below. Sparks's total offense level is increased by 4 levels from 21 to 25. Sparks's advisory guideline imprisonment range is 70 to 87 months. Sentencing set for 5/26/2005 02:30 PM before Honorable Malcolm Muir.. Signed by Judge Malcolm Muir on 5/19/05. (bk, ) (Entered: 05/19/2005) |
| 05/20/2005 | ⚫103 | NOTICE OF HEARING as to Jesse L. Sparks Sentencing continued from 5/26/05 to 6/2/2005 02:30 PM before Honorable Malcolm Muir. Signed |

| | | |
|---|---|---|
| | | by Judge Malcolm Muir on 5/20/05. (bk, ) (Entered: 05/20/2005) |
| 06/02/2005 | 104 | Minute Entry for proceedings held before Judge Malcolm Muir :Sentencing held on 6/2/2005 for Jesse L. Sparks (1), Count(s) 1, 1s, 2, 2s, 3, 4, 4s, DISMISSED; Count(s) 3s, Special Assessment of $100 due in full immediately. Imprisonment of 10 years to run consecutive. No fine is imposed. Restitution due in the amount of $539,261.01 for disbursement to BOP. Counts 1,2 & 4 of superseding indictment are dismissed upon motion of USA. Appeal rights given.. (Court Reporter FAUSNAUGHT.) (bk, ) (Entered: 06/02/2005) |
| 06/02/2005 | 105 | MOTION to Dismiss Count(s) 1,2 & 4 of superseding indictment by USA as to Jesse L. Sparks. (bk, ) (Entered: 06/02/2005) |
| 06/02/2005 | 106 | ORDER granting 105 Motion to Dismiss Counts as to Jesse L. Sparks (1). Signed by Judge Malcolm Muir on 6/2/05. (bk, ) (Entered: 06/02/2005) |
| 06/03/2005 | 107 | JUDGMENT as to Jesse L. Sparks (1), Count(s) 1, 1s, 2, 2s, 3, 4, 4s, DISMISSED; Count(s) 3s, Special Assessment of $100 due in full immediately. Imprisonment of 10 years to run consecutive. No fine is imposed. Restitution due in the amount of $539,261.01 for disbursement to BOP. Counts 1,2 & 4 of superseding indictment are dismissed upon motion of USA. Appeal rights given. Signed by Judge Malcolm Muir on 6/3/05. (bk, ) (Entered: 06/03/2005) |
| 06/10/2005 | 108 | NOTICE OF APPEAL by Jesse L. Sparks -re 107 Judgment, Filing Fee and Docket Fee NOT PAID.The Clerk's Office hereby certifies the record and the docket sheet available through ECF to be the certified list in lieu of the record and/or the certified copy of the docket entries. (NOTE: the case number is 4:03-cr-364 - NOT 04-cr-364) (cl, ) (Entered: 06/10/2005) |
| 06/15/2005 | 109 | ORDER as to Jesse L. Sparks re 102 correcting typographical errors in the Order of May 19, 2005 . Signed by Judge Malcolm Muir on 6/15/05. (bk, ) (Entered: 06/15/2005) |
| 06/23/2005 | 110 | USCA Case Number as to Jesse L. Sparks 05-2980 for 108 Notice of Appeal, filed by Jesse L. Sparks,. USCA Case Manager Carolyn Hicks (DOCUMENT IS RESTRICTED AND CAN ONLY BE VIEWED BY COURT STAFF.) (Dyer, Chiquita) (Entered: 06/23/2005) |
| 07/29/2005 | 111 | TRANSCRIPT REQUEST by Jesse L. Sparks for in-chambers conference (Lori Fausnaught) re 108 Notice of Appeal. (lg, ) (Entered: 08/01/2005) |
| 08/02/2005 | 112 | TRANSCRIPT of Proceedings as to Jesse L. Sparks held on June 2, 2005 before Judge Malcolm Muir. Court Reporter: Lori A. Fausnaught. (cr6, ) (Entered: 08/02/2005) |
| 10/19/2005 | 113 | STENO NOTES OF PROCEEDINGS re Ishmael Ford-Bey taken in Wmp. before Judge Malcolm Muir of Arraignment and not guilty plea 2/13/04 by Lori Fausnaught, arraignment on superseding indictment 4/23/04 by Joan Spearing, change of plea 5/26/04 by Lori Fausnaught |

| | | and sentencing 9/24/04 by Lori Fausnaught(bp) (Entered: 10/19/2005) |
|---|---|---|
| 12/02/2005 | ●114 | LETTER to the Court wishing to "WITHDRAW MOST RECENT MOTION" filed by Attorney Royce L. Morris from Jesse L. Sparks (Attachments: # 1 Letter to Royce Morris)(kw) (Entered: 12/02/2005) |
| 12/16/2005 | ●115 | Probation Jurisdiction Transferred to District of Columbia as to Ishmael Ford-Bey. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, superseding indictment, judgment and docket sheet. (Attachments: # 1 transfer letter to District of Columbia)(lg, ) (Entered: 12/16/2005) |